# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ALI PATTERSON,**

    **Petitioner,**

**v.**                                                   **Civil Action No. 1:18cv68**
                                                                         **(Judge Kleeh)**

**F. ENTZEL, Warden,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 29], DISMISSING PETITION AS MOOT [DKT. NO. 1], DISMISSING RESPONDENT'S PENDING MOTION AS MOOT [DKT. NO. 21], AND DISMISSING CASE WITH PREJUDICE

The petitioner, Ali Patterson, who was an inmate in the custody of the federal Bureau of Prisons ("BOP"), filed this *pro se* action pursuant to 28 U.S.C. § 2241, seeking a full review under 28 U.S.C. § 3621 or, in the alternative, an immediate transfer to a Residential Re-Entry Center ("RRC") (Dkt. No. 1, at 8). The BOP's website currently indicates that Mr. Patterson is incarcerated at an RRC in Philadelphia, Pennsylvania, and will be released on February 16, 2019.[1] Thus, his petition is now moot.

On December 17, 2018, United States Magistrate Judge Michael J. Aloi issued a Report and Recommendation ("R&R"), concluding that the petition (Dkt. No. 1) be dismissed as moot and that Respondent's pending *Motion to Dismiss, or, in the Alternative,*

---

[1] *See* https://www.bop.gov/inmateloc/.

*Motion for Summary Judgment* (Dkt. No. 21) be dismissed as moot. The R&R specifically directed parties to file any objections to the Magistrate Judge's conclusions within 14 days of receiving service of the R&R (Dkt. No. 29, at 6). Mr. Patterson filed no objections, and the time to do so has expired.

Accordingly, the Court **ADOPTS** the R&R (Dkt. No. 29), **DISMISSES** the § 2241 petition as **MOOT** (Dkt. No. 1), **DISMISSES** Respondent's pending motion as **MOOT** (Dkt. No. 21), and **DISMISSES** this case **WITH PREJUDICE**.

It is so **ORDERED**.

The Court directs the Clerk to enter a separate judgment order and to transmit copies of it and this Order to the *pro se* petitioner via certified mail, return receipt requested.

DATED: January 14, 2019

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE
